# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

U.S.A.                                    CITATION/CASE NO. 6:09-CR-40

v.

### _ORDER TO PAY_

SEAN M. GAMBLE

SOCIAL SECURITY #: _____

DATE OF BIRTH: _____

DRIVER'S LICENSE #: _____

ADDRESS: _____

      City         State        Zip Code

PP 7202

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, PENALTY ASSESSMENT or PROCESSING FEE IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **NOTE: FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

### _I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE and CORRECT_

DATE: _____     _____
                              Defendant's Signature

## YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:

(✓) FINE of $ 1,500.00          ( ) Penalty ASSESSMENT of $ _____

( ) **PROCESSING Fee** of $ _____     for a **TOTAL AMOUNT** of $ _____,

paid within 12 days / months OR payments of $ _____ per month, commencing

_____ and due on the _____ of each month until **PAID IN FULL - note late payments could be subject to late/delinquent charges imposed by C.V.B.**

(✓) REVIEW/Post Sentencing HEARING DATE: 9/23/2010   at 10   a.m. / p.m. in Dept. _____
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
( ) PROBATION to be unsupervised / supervised for: 12 months. Obey All Laws, pay fine, refrain from possessing controlled substances within Yosemite National Park
_____
_____
_____

Payments **must be made by Check or Money Order, payable to: Clerk, U.S.D.C.** and mailed to (circle one):

CENTRAL VIOLATIONS BUREAU          CLERK, U.S.D.C.          CLERK, U.S.D.C.
PO Box 70939                       501 'I' St., #4-200      2500 Tulare St., Rm 1501
Charlotte, NC 28272-0939           Sacramento, CA 95814     Fresno, CA 93721
1-800-827-2982
Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: 4/24/2009          _____
                               U.S. MAGISTRATE JUDGE

1) Page 1 - Clerk's Office; 2) Page 2 & 3 - for defendant          EDCA - Rev 3/2007